October 25, 1972.

M. P. No. 1751. SCHOOL COMMITTEE OF THE EXETER-WEST GREENWICH REGIONAL SCHOOL DISTRICT *v.* ROY J. SHARKEY. Subsequent to filing motion for leave to file petition for writ of certiorari, petitioners filed a motion for relief from judgment in the Superior Court pursuant to its rules. Pending the disposition of the motion in the Superior Court, the motion for leave to file the petition for certiorari is denied without prejudice. *Bradford Gorham,* for petitioner. *Cornelius J. McAuliffe,* for respondent.